UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER A. SHELTON;<br>JOANNA SHELTON;<br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2007-1 ASSET-BACKED CERTIFICATES, SERIES 2007-1;<br>MORTGAGE LENDERS NETWORK USA, INC.;<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR MORTGAGE LENDERS NETWORK USA, INC.;<br>WILLIAM SWARTZBAUGH;<br>QUANG NGUYEN;<br>JEFFREY HARDER;<br>MAINE REVENUE SERVICES; and<br>TOWN OF YARMOUTH, DEPARTMENT OF FINANCE;<br><br>Defendants. | Case No. |

**COMPLAINT**
**AND DEMAND FOR JURY TRIAL**

The United States of America, at the direction of a delegate of the Attorney General and with the authorization of a delegate of the Secretary of the Treasury, pursuant to 26 U.S.C. § 7401, brings this civil action to (1) reduce to judgment unpaid federal tax liabilities owed by Christopher A. Shelton and Joanne Shelton and (2) enforce related federal tax liens against certain real property belonging to Christopher A. Shelton. For its complaint, the United States alleges as follows:

## JURISDICTION, PARTIES, AND PROPERTY

1. The district court has jurisdiction pursuant to 26 U.S.C. §§ 7402(a) and 7403 and 28 U.S.C. §§ 1331, 1340, and 1345.

2. The defendants Christopher A. Shelton and Joanna Shelton, who are married to each other, reside in Cumberland County, Maine, within the jurisdiction of this Court.

3. The defendant Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2007-1, Asset Backed Securities, Series 2007-1, is joined as a party because it may have a lien or claim an interest in the property described below.

4. The defendant Mortgage Lenders Network USA, Inc., is joined as a party because it may have a lien or claim an interest in the property described below.

5. The defendant Mortgage Electronic Registration Systems, Inc., as nominee for Mortgage Lenders Network USA, Inc., is joined as a party because it may have a lien or claim an interest in the property described below.

6. The defendant William Swartzbaugh is joined as a party because he may have a lien or claim an interest in the property described below.

7. The defendant Quang Nguyen is joined as a party because he may have a lien or claim an interest in the property described below.

8. The defendant Jeffrey Harder is joined as a party because he may have a lien or claim an interest in the property described below.

9. The defendant Maine Revenue Services is joined as a party because it may have a lien or claim an interest in the property described below.

10. The defendant Town of Yarmouth, Department of Finance, is joined as a party because, as the local taxing authority, it may have a lien or claim an interest in the property described below and to place it on notice of this Court's jurisdiction over the property such that any local tax liens that have priority over federal tax liens under 26 U.S.C. § 6323(b)(6) will be satisfied in a judicial sale under this Court's authority but that the property may not be sold under other procedures during the pendency of this action.

11. The real property upon which the United States seeks to enforce its tax liens (the "Real Property") is located at 314 Cousins Street, Yarmouth, Maine, and has a legal description contained in Exhibit A of the Warranty Deed from David R. Hill and Nancy L. Hill to Christopher Shelton, dated November 30, 2004, and recorded in the Cumberland County Registry of Deeds at Book 22072, Pages 94–95, on December 1, 2004, a copy of which is attached to this Complaint as an Exhibit.

## COUNT ONE
## (Claim Against Christopher A. Shelton and Joanna Shelton to Reduce Income Tax Liabilities to Judgment)

12. A delegate of the Secretary of the Treasury made joint assessments against Christopher A. Shelton and Joanna Shelton for income taxes for the periods, on the dates, and in the amounts described below. These liabilities have balances due as of January 16, 2023, including assessed and accrued late-filing and late-payment penalties under 26 U.S.C. § 6651 or penalties for failure to make estimated

tax payments under 26 U.S.C. § 6654, costs, and statutory interest, and after applying any abatements, payments, and credits, as follows:

| Tax Period Ending | Assessment Date | Assessment Type | Amount of Tax Assessed | Balance Due 1/16/2023 |
|---|---|---|---|---|
| 12/31/2010 | 07/14/2014 | Tax | $35,965.00 | $67,558.48 |
| 12/31/2011 | 05/13/2013 | Tax | $18,693.00 | $40,421.52 |
| 12/31/2012 | 11/18/2013 | Tax | $26,049.00 | $46,423.11 |
| 12/31/2013 | 11/17/2014 | Tax | $27,018.00 | $42,862.54 |
| 12/31/2014 | 11/23/2015 | Tax | $44,896.00 | $71,688.49 |
| 12/31/2015 | 08/15/2016 | Tax | $28,218.00 | $46,917.72 |
| 12/31/2016 | 05/02/2022 | Tax | $21,798.00 | $40,372.84 |
| 12/31/2017 | 06/21/2021 | Tax | $25,296.00 | $44,388.67 |
| 12/31/2018 | 11/18/2019 | Tax | $33,665.00 | $49,184.80 |
| 12/31/2019 | 11/16/2020 | Tax | $44,634.00 | $62,894.19 |
| 12/31/2020 | 11/29/2021 | Tax | $14,532.00 | $13,234.86 |
| 12/31/2021 | 11/21/2022 | Tax | $57,827.00 | $36,868.66 |
| **Total** | | | | **$562,815.88** |

13. Notice of the liabilities described in paragraph 12 was given to, and payment demanded from, Christopher A. Shelton and Joanna Shelton.

14. Despite proper notice and demand, Christopher A. Shelton and Joanna Shelton failed, neglected, or refused to fully pay the liabilities, and after the application of all abatements, payments, and credits, they remain liable to the United States in the amount of $562,815.88, plus statutory additions and interest accruing from and after January 16, 2023.[1]

---

[1] Should Christopher and/or Joanna Shelton file a petition under Title 11, the United States will move to modify the bankruptcy stay to permit this action to proceed by amending this complaint to assert that the taxes are excepted from discharge under 11 U.S.C. § 523(a)(1)(C) because they willfully attempted to evade collection of the taxes (adding additional factual allegations related to that claim).

## COUNT TWO
## (Claim Against All Parties to Enforce Federal Tax Liens Against Real Property)

15. Christopher A. Shelton obtained title to the Real Property by deed dated November 30, 2004, described in paragraph 11 above and attached as an Exhibit.

16. Because Christopher A. Shelton and Joanna Shelton neglected, refused, or failed to pay the liabilities described in paragraph 12 after notice and demand, federal tax liens arose pursuant to 26 U.S.C. §§ 6321 and 6322 on the dates of the assessments and attached to all of their separate or joint property or rights to property, including but not limited to the Real Property.

17. Notices of Federal Tax Lien ("NFTL") were filed in the Cumberland County Registry of Deeds in accordance with 26 U.S.C. § 6323(f), against Christopher A. Shelton and Joanna Shelton for their unpaid income tax liabilities, as follows:

| Tax Period(s) Ending | Date NFTL Filed | Page & Book |
|---|---|---|
| 12/31/2011<br>12/31/2012 | 05/17/2016<br>02/13/2023 (refile) | Bk 33116, Pg 202<br>Bk 39985, Pg 287 |
| 12/31/2010<br>12/31/2013<br>12/31/2014 | 05/17/2016 | Bk 33116, Pg 202 |
| 12/31/2015<br>12/31/2018 | 03/18/2021 | Bk 37944, Pg 142 |
| 12/31/2019 | 03/24/2021 | Bk 37970, Pg 232 |
| 12/31/2017 | 06/21/2021 | Bk 38449, Pg 224 |
| 12/31/2020 | 02/23/2022 | Bk 39200, Pg 139 |
| 12/31/2016 | 06/07/2022 | Bk 39480, Pg 276 |
| 12/31/2021 | 01/10/2023 | Bk 39937, Pg 205 |

18. The United States is entitled to enforce the federal tax liens described in paragraph 16 against the Real Property pursuant to 26 U.S.C. § 7403 and to have the entire Real Property sold in a judicial sale (including by a receiver if requested by the United States), free and clear of all claims, liens, or interests of the parties, including any rights of redemption, with the proceeds of the sale distributed: first, to pay the costs of sale, including any expenses incurred to secure and maintain the Real Property; second, to the Town of Yarmouth, Department of Finance, to pay any real estate taxes due and owing which are entitled to priority under 26 U.S.C. § 6323(b)(6); third, to the United States to pay the liabilities described above, except to the extent that the Court determines that another party has a superior right, title, or interest.

WHEREFORE, the plaintiff United States of America requests the following relief:

A. Judgment against the defendants Christopher A. Shelton and Joanna Shelton, jointly and severally, for income tax liabilities for the periods ending December 31 of each of the years 2010 through 2021 in the amount of $562,815.88, plus statutory additions and interest accruing from and after January 16, 2023, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c);

B. A determination that the United States has valid and subsisting federal tax liens under 26 U.S.C. §§ 6321 and 6322 securing the liabilities described in paragraph A on the Real Property;

C. An order enforcing the federal tax liens securing the liabilities described above pursuant to 26 U.S.C. § 7403 against the Real Property by ordering the sale of the entire Real Property in a judicial sale (including by a receiver if requested by the United States), free and clear of all rights, titles, or interests of the parties, including any rights of redemption, with the proceeds of the sale distributed: first, to pay the costs of the sale, including any expenses incurred to secure and maintain the Real Property; second, to the defendant Town of Yarmouth, Department of Finance, to pay any real estate taxes due and owing which are entitled to priority under 26 U.S.C. § 6323(b)(6); third, to the plaintiff United States to pay the liabilities described in paragraph A, except to the extent that the Court determines that another party has a superior claim, lien, or interest; and,

D. The United States of America shall recover its costs, and be awarded such other and further relief as the Court determines is just and proper.

DAVID A. HUBBERT
Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

*<u>/s/ Ryan Galisewski</u>*
RYAN D. GALISEWSKI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Tel: 202-305-3719
Fax: 202-514-5238
Ryan.D.Galisewski@usdoj.gov

Of Counsel:

ANDREW K. LIZOTTE
Chief, Civil Division
U.S. Attorney's Office