UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br>v.<br><br>CHRISTOPHER SHELTON, ET ALS.,<br><br>DEFENDANTS | CASE NO. 2:23-CV-00173-JDL |

**MOTION TO SUBSTITUTE DEFENDANT**

NOW COMES Real Time Resolutions, Inc. as assignee of Defendant Mortgage Lenders Network USA, Inc., by and through undersigned counsel, hereby moves for Real Time Resolutions be substituted for Mortgage Lenders Network USA, Inc. ("MLN") as Defendant in pursuant to Rule 25(c) of the Federal Rules of Civil Procedure. As grounds therefore, Real Time Resolutions, Inc. states that they are the holder of the Note and assignee of the mortgage which secures the promissory note for the real property belonging to Christopher A. Shelton located at 314 Cousins Street, Yarmouth, Maine (the "Property").

In support of this motion, Real Time Resolutions, Inc. submits:

1. The Plaintiff United States of America's complaint was filed on April 18, 2023, in the above-captioned claim pursuant to 26 U.S.C. § 7401 to (1) reduce to judgment unpaid federal tax liabilities owed by Defendants Christopher A. Shelton and Joanne Shelton and (2) enforce related federal tax liabilities against the Property.
2. The Plaintiff's complaint further alleges that MLN is a party Defendant because it may have a lien or claim an interest in the Property.
3. MLN has assigned any and all interest it had in the Property as the original holder of

the Note and Mortgage to Real Time Resolutions, Inc.

4. Real Time Resolutions, Inc. is the holder of the Note and assignee of the mortgage which secures the Note. A copy of the original note as it exists today is attached to the Motion as Exhibit A.
5. Real Time Resolutions, Inc. has an unrecorded assignment of the mortgage. A copy of the Lost Assignment Affidavit referencing the assignment from MLN to Real Time Resolutions, Inc. is attached hereto as Exhibit B.
6. Concurrently with this Motion, Real Time Resolution, Inc. has filed an Answer to the Complaint.
7. Plaintiff United States of America, through its counsel, has consented to this Motion.

WHEREFORE, for the foregoing reasons, Real Time Resolutions, Inc., as assignee of Defendant Mortgage Lenders Network USA, Inc. respectfully request this Court to enter an Order which:

1. Permits the substitution of Real Time Resolutions, Inc. for Mortgage Lenders Network USA, Inc. as named Defendant in this action; and
2. Grants any other such relief as this Court deems met and just.

Real Time Resolutions, Inc.,

By its attorneys,
/s/ Joan M. Egdall

Joan M. Egdall, Esq., Bar No. 9490
Demerle Hoeger LLP
10 City Square
Boston, MA 02129
617-934-7431
jegdall@dhnewengland.com

Dated: November 3, 2023

**NOTICE**

Please be advised that pursuant to the United States District Court for the District of Maine Rules of Civil Procedure 7(b) any opposition to this Motion must be filed not later than 21 days after the filing of this Motion. Failure to file a timely opposition shall be deemed a waiver of all objections to the Motion, which may be granted without further notice or hearing.

**CERTIFICATION OF SERVICE**

I, Joan M. Egdall, Esq., of the law firm of Demerle Hoeger, LLP, hereby certify that I have this 2nd day of November, 2023 served on behalf Real Time Resolutions, Inc. as assignee of Mortgage Lenders Network USA, Inc., a Motion to Intervene as Intervenor-Defendant, Intervenor-Defendant's Answer and proposed Order to all parties entitled to service per the United States District Court for the District of Maine Rules of Civil Procedure by first-class U.S. mail (M) to all parties not appearing electronically.

Christopher A. Shelton (M)
314 Cousins Street
Yarmouth, ME 04096

Joanna Shelton (M)
314 Cousins Street
Yarmouth, ME 04096

Quang Nguyen (E)
Maineriskmanagement@gmail.org

William Swartzbaugh (M)
3 Lyndon Way
Kittery, ME 03904

Jeffrey Harder (M)
5 Oakland Road
Falmouth, ME 04105

*/s/ Joan M. Egdall*

Joan M. Egdall, Esq.