# AFFIDAVIT REGARDING LOST OR MISPLACED ASSIGNMENT

**Property Address:** 314 Cousins Street, Yarmouth, Cumberland County, Maine

**Mortgage:** Christopher Shelton to Mortgage Lenders Network USA, Inc. in the original principal amount of $73,600.00, which was recorded on December 14, 2006 in the Cumberland County Registry of Deeds in Book 24660, Page 205.

The undersigned, DAVID ROSAS, having personal knowledge of the facts herein stated, under oath deposes and says as follows:

1. I am employed as a Director of Loss Mitigation by Real Time Resolutions, Inc. (hereinafter "Real Time"), owner of the Mortgage and Note. I am able to make this affidavit based on personal knowledge and a review of certain records kept by Real Time in the ordinary course of business. I am familiar with Real Time's business and recordkeeping processes and procedures. I reviewed both physical and electronic records, including electronically imaged documents. These records are reliable because they were made at or near the time of the information reflected in such records by individuals with personal knowledge of that information.

2. Real Time is the owner of a certain promissory note dated December 8, 2006 from Christopher Shelton to Mortgage Lenders Network USA, Inc., in the principal sum of $73,600.00 (the "Note") and the owner of a Mortgage dated December 8, 2006 from Christopher Shelton to Mortgage Lenders Network USA, Inc. in the original amount of $73,600.00 and recorded in the Cumberland County Registry of Deeds on December 14, 2006 at Book 24660, Page 205 ("Mortgage").

3. The interest in the above referenced Note and Mortgage were subsequently transferred to Real Time. The original assignment was lost or misplaced before being recorded.

4. Real Time has conducted a diligent search of its records and files, and has been unable to locate an assignment and believes that said assignment has been lost, misfiled, misplaced or destroyed.

5. The loss of possession of the assignment was not the result of a transfer by the person or a lawful seizure.

6. Real Time cannot reasonably obtain possession of the instrument because the instrument was destroyed, its whereabouts cannot be determined, or it is in the wrongful possession of an unknown person or a person that cannot be found or is not amenable to service of process.

7. Real Time is the owner of the Mortgage and Note with full authority to exercise the rights of a lender thereunder.

8. This Affidavit is given with the knowledge that it will be relied upon by Purchasers, Sellers, Lender, Attorneys and Title Insurance Companies.

Date: October 25, 2023

By: [signature]

Name: David Rosas

Title: Director of Loss Mitigation

Real Time Resolutions, Inc.

STATE OF TEXAS, ss.
COUNTY OF DALLAS

October 25, 2023

Personally appeared David Rosas of Real Time Resolutions, Inc. to be the person who signed the preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.

WITNESS my hand and official seal.

Danita Edna Smith

Notary Public/Attorney at Law

My Comm. Expires: 6-24-2024

NOTARY PUBLIC STATE OF TEXAS
DANITA EDNA SMITH
My Notary ID # 132535292
Expires June 24, 2024



FC – Christopher Shelton -- LAA