UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br>v.<br><br>CHRISTOPHER SHELTON, ET ALS.,<br><br>DEFENDANTS | CASE NO. 2:23-CV-00173-JDL |

**ORDER**

This matter came before this Court on Real Time Resolution, Inc.'s, Motion to Substitute a Party [Docket No. ___]. Upon good cause shown, Real Time Resolutions, Inc.'s Motion to Substitute a Party is GRANTED and Real Time Resolutions, Inc. is substituted as a party Defendant in place of Mortgage Lenders Network USA, Inc. In addition, this Court accepts Real Time Resolutions, Inc.'s Answer to the Complaint as timely filed.

SO ORDERED.

Dated: ___________________

___________________________
Judge, U.S. District Court