UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br>v.<br><br>CHRISTOPHER A. SHELTON, ET ALS.,<br><br>DEFENDANTS | CASE NO. 2:19-CV-00116-DBH |

**ANSWER**

NOW COMES Defendant Real Time Resolutions ("Defendant") by and through undersigned counsel, Demerle Hoeger, LLP, and answers the Complaint of Plaintiff United States of America ("Plaintiff") and states as follows:

1. Defendant Real Time Resolutions, Inc., as assignee and substituted party of Mortgage Lenders Nation USA, Inc., admits paragraph 4 of the Complaint and further states that Real Time Resolutions, Inc. is the holder of the second position mortgage by virtue of an unrecorded assignment of mortgage from Mortgage Lenders Network USA, Inc., dated December 8, 2006 in the original principal amount of $73,600.00, which was recorded on December 14, 2006 in the Cumberland County Registry of Deeds in Book 24660, Page 205. The assignment is documented with the attached Lost Assignment Affidavit in support of the priority position of Real Time Resolutions, Inc. See Affidavit of Davis Rosas dated October 25, 2023 ("Lost Assignment Affidavit") attached hereto and incorporated herein as Exhibit A.
2. Defendant is the current owner of the Note dated December 8, 2006 and signed by Christopher A. Shelton secured by the Mortgage assigned to the Defendant. See

Exhibit A, Lost Note Affidavit, ¶ 2.

3. Defendant lacks knowledge or information to form a belief as to the truth or falsity of the allegations contained in all the other paragraphs of the Complaint.

WHEREFORE, in the event that the Court finds that Plaintiff is entitled to foreclose on the subject property, Defendant requests:

A. That the Court determines the relative priority of the liens and mortgages of each party; and

B. That the Court order a distribution to Intervenor-Defendant Real Time Resolutions, Inc. in accordance with the Court's determination of priority.

Defendant

Real Time Resolutions, Inc.,

By its attorneys,
/s/ Joan M. Egdall
Joan M. Egdall, Esq., Bar No. 9490
Demerle Hoeger LLP
10 City Square
Boston, MA 02129
617-934-7431
jegdall@dhnewengland.com

Dated: November 3, 2023