UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:23-cv-00173-JDL |
| | ) |
| v. | ) |
| | ) |
| CHRISTOPHER A. SHELTON, *et al.*; | ) |
| | ) |
| Defendants. | ) |

**ORDER ON STIPULATION REGARDING PRIORITY OF LIENHOLDER PARTIES**

Upon the join stipulation of the lienholder parties including Plaintiff United States of America, Defendant Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2007-1 Asset Backed Certificates Series 2007-1 ("DBNTC"), Defendant Real Time Resolutions, Inc. ("RTR"), Defendant Maine Revenue Service, Defendants William Swartzbaugh, Jeffrey Harder, and Quang Nguyen, and Defendant Town of Yarmouth, Department of Finance, and the Court being duly advised in the premises, it is hereby:

ORDERED that, in the event the United States prevails in its motion for judgment on the pleadings against the Sheltons, or in a subsequent motion for summary judgment or at trial, and the Court orders that the federal tax liens shall be enforced through a judicial sale of the Property (including by a court-appointed receiver if requested by the United States), the sale proceeds shall be distributed as follows:

    a. First, costs of the sale, including any expenses incurred to secure, maintain, and market the Property;

    b. Second, payment of any real property taxes and/or special assessments due and owing with regard to the Property;

c. Third, payment of the entire outstanding balance due on DBNTC's primary mortgage;

d. Fourth, payment of $110,000 to RTR toward its second mortgage (subject to adjustment in paragraph 6 below);

e. Fifth, payment of $16,666.10 to Defendants William Swartzbaugh, Jeffrey Harder, and Quang Nguyen for their interest in a judgment lien, plus 6.27% interest from October 5, 2015, until the date of sale of the property;[1]

f. Sixth, payment to the United States for the income tax liabilities assessed on May 13, 2013, November 18, 2013, July 14, 2014, and November 17, 2014, for tax years 2011, 2012, 2010, and 2013 respectively, totaling $197,265.65 as of January 16, 2023, plus statutory interest thereafter pursuant to 26 U.S.C. §§ 6601, 6622, and 28 U.S.C. § 1961(c);

g. Seventh, payment to Maine Revenue Service for the tax liability assessed on October 20, 2015, for tax year 2014, totaling $7,493.82 as of May 15, 2024, plus interest accruing from that date at the rate determined by Maine law;

h. Eighth, payment to the United States for the income tax liabilities assessed on November 23, 2015, and August 15, 2016, for tax years 2014 and 2015 respectively, totaling $118,606.21 as of January 16, 2023, plus statutory interest thereafter pursuant to 26 U.S.C. §§ 6601, 6622, and 28 U.S.C. § 1961(c);

---

[1] This amount accounts for the 3.25% prejudgment interest that accrued between May 7, 2015, and October 5, 2015.

i.  Ninth, payment to Maine Revenue Service for the tax liabilities assessed on July 19, 2019, and October 15, 2019, for tax years 2016 and 2018 respectively, totaling $33,502.44 as of May 15, 2024, plus interest accruing from that date at the rate determined by Maine law;

j.  Tenth, payment to the United States for the income tax liability assessed on November 18, 2019, for tax year 2018, totaling $49,184.80 as of January 16, 2023, plus statutory interest pursuant to 26 U.S.C. §§ 6601, 6622, and 28 U.S.C. § 1961(c);

k.  Eleventh, payment to Maine Revenue Service for the tax liabilities assessed on July 15, 2020, and October 8, 2020, for tax years 2017 and 2019 respectively, totaling $41,507.63 as of May 15, 2024, plus interest accruing from that date at the rate determined by Maine law;

l.  Twelfth, payment to the United States for the income tax liabilities assessed on November 16, 2020, and June 21, 2021, for tax years 2019 and 2017 respectively, totaling $107,282.86 as of January 16, 2023, plus statutory interest pursuant to 26 U.S.C. §§ 6601, 6622, and 28 U.S.C. § 1961(c);

m.  Thirteenth, payment to Maine Revenue Service for the tax liability assessed on October 16, 2021, for tax year 2020, totaling $3,030.75 as of May 15, 2024, plus interest accruing from that date at the rate determined by Maine law;

n.  Fourteenth, payment to the United States for the income tax liabilities assessed on November 29, 2021, and May 2, 2022, for tax years 2020 and

      2016 respectively, totaling $53,607.70 as of January 16, 2023, plus statutory interest pursuant to 26 U.S.C. §§ 6601, 6622, and 28 U.S.C. § 1961(c);

o. Fifteenth, payment to Maine Revenue Service for the tax liability assessed on October 18, 2022, for tax year 2021, totaling $25,795.52 as of May 15, 2024, plus interest accruing from that date at the rate determined by Maine law;

p. Sixteenth, payment to the United States for the income tax liabilities assessed on November 21, 2022, for tax year 2021, totaling $36,868.66 as of January 16, 2023, plus statutory interest pursuant to 26 U.S.C. §§ 6601, 6622, and 28 U.S.C. § 1961(c);

q. Seventeenth, payment to RTR for the outstanding balance on RTR's claim in the second mortgage after crediting the amount received under paragraph 5(d) above;

r. Eighteenth, any remaining proceeds should be distributed to Christopher Shelton.

**SO ORDERED.**

                                                                /s/ Jon D. Levy
                                               Chief U.S. District Judge

Dated: March 8, 2024