# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Docket No. 2:23-cv-00173-NT |
| CHRISTOPHER SHELTON, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Judgment entered in the above matter on May 8, 2024 (ECF No. 92). Two post-judgment motions were later filed and recently came under advisement. *See* Defs.' Mot. to Req. Further Findings of Fact and Conclusions of Law Under Rule 52(b) and Mot. to Alter or Amend Order Under Rule 59 (ECF No. 93); Mot. for Appointment of Receiver (ECF No. 94). However, on July 8, 2024, the Plaintiff filed a notice alerting the Court that on July 2, 2024, Defendants Joanna Shelton and Christopher Shelton filed a Chapter 13 petition in the United States Bankruptcy Court for the District of Maine. Notice of Bankruptcy (ECF No. 97).

Accordingly, all further action in the above matter has been stayed pending the resolution of bankruptcy proceedings. Because I am unable to rule on the pending post-judgment motions for the duration of the stay pending resolution of the bankruptcy proceedings, the Clerk's Office is directed to terminate the above-referenced motions. Should further proceedings in this action become necessary or desirable, any party may initiate them in the same manner as if this Order had not

been entered, and the parties are free to refile their motions upon expiration of the stay in this case.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 11th day of July, 2024.