## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 2:23-cv-00173-NT |
| | ) | |
| CHRISTOPHER SHELTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The parties recently filed a stipulation, outlining a process for Defendants Christopher and Joanna Shelton to sell their property at issue in this case. Stipulation of the Parties (ECF No. 102). The stipulation requires the Sheltons to make certain payments to lienholders and to stay current with certain obligations. If the Sheltons default on the provisions in the stipulation, the parties have agreed that the United States may file a motion to appoint a receiver and sell the property. Any response to that motion would have a shortened response time, and the Sheltons—in the stipulation—agreed to waive all rights to challenge the motion except the defense that the default did not occur or was cured before the motion was filed.

After filing the stipulation, the United States moved for the Court to hold the above-captioned case in abeyance pending the possible resolution of the case pursuant to the stipulation. Mot. for Order to Hold Case in Abeyance (and Notice of Bankruptcy Dismissal (ECF No. 103). The United States' motion is granted. The above-captioned case is held in abeyance until the sale of the property or until the United States files a motion to appoint a receiver based on a default of the stipulation.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 17th day of October, 2024.