UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> </br> Plaintiff, </br> </br> v. </br> </br> CHRISTOPHER A. SHELTON, *et al.*; </br> </br> Defendants. | ) </br> ) </br> ) Case No. 2:23-cv-00173-SDN </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**STIPULATED ORDER TO AUTHORIZE DEPOSIT INTO COURT REGISTRY**

To resolve the pending Motion to Stay Distribution of Sale Proceeds to Real Time Resolutions, Inc., filed by Christopher Shelton at Docket #109, plaintiff United States of America and defendants Christopher Shelton, Real Time Resolutions, Inc. ("RTR"), and Maine Revenue Services stipulate and agree that certain disputed funds may be deposited in the Court's registry. There is a contract of sale for the property at 314 Cousins Street, Yarmouth, Maine, with a purchase price of $985,000. According to the distribution of proceeds agreed upon in the Stipulation Regarding Priority of Lienholder Parties (Docket #102), RTR is allocated a distribution of $115,000 and, if RTR loses its claim to those funds for any reason, that surplus will be allocated to the liens of the United States and Maine Revenue Services. The parties hereto request that the Court so-order this stipulation so that the funds may be deposited in accordance with District of Maine Local Rule 67, which requires a Court order for any deposit in the registry. The other parties to the Stipulation Regarding Priority are excluded from this stipulation, since they hold senior liens that will be fully paid at closing.

Accordingly, the parties hereby STIPULATE AND AGREE that:

The Clerk of Court and the closing agent(s) for the sale of 314 Cousins Street, Yarmouth, Maine, shall be authorized to do all things necessary to enable a deposit or transfer of the

1

proceeds allocated to RTR pursuant to the stipulations and the Court's orders concerning the sale and distribution of proceeds (filed at Docket #74, 80, and 102), in the amount of one hundred fifteen thousand dollars ($115,000), into the registry of this Court until a final disposition of the proceeds is determined. If depositing the proceeds by check, the check should be paid to the Clerk, U.S. District Court, and the memo line should state Case No. 2:23-cv-00173. Upon receipt of the funds, the Clerk shall comply with 28 U.S.C. § 2045 and invest the funds.

Further, Christopher Shelton's Motion to Stay Distribution of Sale Proceeds to Real Time Resolutions, Inc., shall be dismissed as moot upon the Court's entry of this stipulated Order.

**SO STIPULATED AND AGREED:**

| *For Plaintiff United States of America* | *For Defendant Christopher Shelton* |
|---|---|
| */s/ Anderson P. Heston* | */s/ John Steed* |
| ANDERSON P. HESTON | John Z. Steed, Esq. |
| Trial Attorney, Tax Division | Island Justice |
| U.S. Department of Justice | 43 School Street |
| P.O. Box 55 | P.O. Box 771 |
| Washington, D.C. 20044 | Stonington, ME 04681 |
| Tel: (202) 307-6010 | (207) 200-7077 |
| Anderson.P.Heston@usdoj.gov | john@islandjusticelaw.com |

| *For Defendant Real Time Resolutions, Inc.* | *For Defendant Maine Revenue Service,* |
|---|---|
| */s/ Joan Egdall* | */s/ Lawrence S. Delaney* |
| Joan M. Egdall | Lawrence S. Delaney |
| Demerle Hoeger LLP | Assistant Attorney General |
| 10 City Square | 6 State House Station |
| Boston, MA 02129 | Augusta, Maine 04333 |
| 617-934-7431 | (207) 626-8800 |
| jegdall@dhnewengland.com | lawrence.delaney@maine.gov |

**SO ORDERED:**

Date: June 20, 2025                    /s/ Stacey D. Neumann
                                        Stacey D. Neumann, District Judge
                                        U.S. District Court, District of Maine